FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 0 2 2011

GREGORY C. LANGHAM
.                           CLERK

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-cv-01962-BNB
**(The above civil action number must appear on all future papers
sent to the court in this action.  Failure to include this number
may result in a delay in the consideration of your claims.)**

ROBERT HENDERSON,

　　　　Plaintiff,

v.

ACME DISTRIBUTION CENTERS,

　　　　Defendant.

_____

**ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCY**

_____

Plaintiff has submitted a Motion and Affidavit for Leave to Proceed Pursuant to

28 U.S.C. § 1915 and a Title VII Complaint.   As part of the court's review pursuant to

D.C.COLO.LCivR 8.1, the court has determined that the submitted documents are

deficient as described in this order.  Plaintiff will be directed to cure the following if he

wishes to pursue his claims.  Any papers which the Plaintiff files in response to this

order must include the civil action number on this order.

**Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915:**
(1)　　__　　is not submitted
(2)　　__　　is not on proper form (must use the court's current form)
(3)　　__　　is missing original signature by Plaintiff
(4)　　__　　is missing affidavit
(5)　　__　　affidavit is incomplete
(6)　　_X_　　affidavit is not notarized or is not properly notarized
(7)　　__　　names in caption do not match names in caption of complaint, petition or
　　　　　　　application
(8)　　__　　An original and a copy have not been received by the court.

Only an original has been received.
(9)    X    other: <u>Motion is necessary only if $350.00 filing fee is not paid in advance.</u>

**Complaint or Petition:**
(10)   __    is not submitted
(11)   __    is not on proper form (must use the court's current form)
(12)   __    is missing an original signature by the Plaintiff
(13)   __    is incomplete
(14)   __    uses et al. instead of listing all parties in caption
(15)   __    An original and a copy have not been received by the court.  Only an
             original has been received.
(16)   __    Sufficient copies to serve each defendant/respondent have not been
             received by the court.
(17)   __    names in caption do not match names in text
(18)   __    other _____

Accordingly, it is

ORDERED that the Plaintiff cure the deficiencies designated above **within thirty**

**(30) days from the date of this order.**  Any papers which the Plaintiff files in response

to this order must include the civil action number on this order.  It is

FURTHER ORDERED that the Plaintiff shall obtain the court-approved Motion

and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 form, along with the

applicable instructions, at <u>www.cod.uscourts.gov</u>.  It is

FURTHER ORDERED that, if the Plaintiff fails to cure the designated

deficiencies **within thirty (30) days from the date of this order**, the complaint and the

action will be dismissed without further notice.  The dismissal shall be without prejudice.

DATED August 2, 2011, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-01962-BNB

Robert Henderson
1315 Dayton St
Aurora, CO 80010

I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on August 2, 2011.

GREGORY C. LANGHAM, CLERK

By:_____
Deputy Clerk