```
                                                    FILED
                                            UNITED STATES DISTRICT COURT
                                                DENVER, COLORADO

       IN THE UNITED STATES DISTRICT COURT       AUG 17 2011
          FOR THE DISTRICT OF COLORADO
                                                 GREGORY C. LANGHAM
                                                              CLERK
```

Civil Action No. 11-cv-01962-BNB

ROBERT HENDERSON,

    Plaintiff,

v.

ACME DISTRIBUTION CENTERS,

    Defendant.

---

### ORDER DRAWING CASE

---

Upon completion of the court's review pursuant to D.C.COLO.LCivR 8.2C, the court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, the case will be drawn to a district judge and to a magistrate judge. *See* D.C.COLO.LCivR 8.2D. Accordingly, it is

ORDERED that this case shall be drawn to a district judge and to a magistrate judge.

DATED at Denver, Colorado, this 17th day of August, 2011.

                                        BY THE COURT:

                                        *s/Craig B. Shaffer*
                                        Craig B. Shaffer
                                        United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-01962-BNB

Robert Henderson
1315 Dayton St
Aurora, CO 80010

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on August 17, 2011.

                                 GREGORY C. LANGHAM, CLERK

                    By: _____
                                Deputy Clerk