```
                                            FILED
                                    UNITED STATES DISTRICT COURT
                                          DENVER, COLORADO

                                          SEP  6 - 2011

                                       GREGORY C. LANGHAM
                                                   CLERK
```

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 11-cv-01962-CMA-CBS

ROBERT HENDERSON,

    Plaintiff,

v.

ACME DISTRIBUTION CENTERS,

    Defendant.

---

### ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

---

THIS CAUSE came before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted Plaintiff leave to proceed *in forma pauperis*. It now is

ORDERED that, if appropriate, the United States Marshal shall attempt to obtain a waiver of service from Defendant. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon Defendant. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States.

    DATED: September __01__, 2011

                                       BY THE COURT:

                                       */s/ Christine M. Arguello*

                                       CHRISTINE M. ARGUELLO
                                       United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-01962-CMA-CBS

Robert Henderson
1315 Dayton St.
Aurora, CO 80010

US Marshal Service
Service Clerk
Service forms for: ACME Distribution Centers

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to the United States Marshal for service of process on ACME Distribution Centers: TITLE VII COMPLAINT FILED 07/28/2011, SUMMONS, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on September 6, 2011.

GREGORY C. LANGHAM, CLERK

By:_____
Deputy Clerk