**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 11-cv-01962-CMA-CBS

ROBERT HENDERSON,

    Plaintiff,

v.

ACME DISTRIBUTION CENTERS,

    Defendant.
_____

**ORDER GRANTING STIPULATED MOTION TO DISMISS WITH PREJUDICE**
_____

    Upon review of the Parties' Stipulated Motion to Dismiss with Prejudice (Doc. # 18), filed December 27, 2011, this Court hereby GRANTS the Motion. This matter is considered dismissed with prejudice, each Party to bear its own costs and fees.

    DATED: December 27, 2011.

                                  BY THE COURT:

                                  _____
                                  CHRISTINE M. ARGUELLO
                                  United States District Judge